UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-03059 Louis

UNITED STATES OF AMERICA

vs.

DIEGO MIGUEL LOAIZA,
   a/k/a "Osso,"

   Defendant.
_____/

FILED BY ___dgj___ D.C.

Jun 1, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   Lacee Elizabeth Monk
      Lacee Elizabeth Monk
      Assistant United States Attorney
      Florida Bar No. 100322
      U.S. Attorney's Office
      99 N.E. 4th Street, Miami, FL 33132-2111
      (305) 961-9427| Lacee.Monk@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DIEGO MIGUEL LOAIZA, A/K/A "OSSO," | ) Case No. 1:23-mj-03059 Louis |
| Defendant. | ) |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2023__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Alain Rodriguez, Task Force Officer, DEA
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: June 1 2023

_____
Judge's signature

City and state: Miami, Florida        Hon. Lauren F. Louis, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alain Rodriguez, being first duly sworn, hereby depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am currently a Detective in the Narcotics Section of the Miami-Dade Police Department ("MDPD") and have been employed by MDPD as a law enforcement officer since July 2013. I have also served as a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA") since September of 2019. In my capacity as a TFO, I am currently assigned to the Miami Field Division, HIDTA Group 41, where I am tasked with investigating drug trafficking, money laundering, and other offenses.

2. As a TFO, my official duties include investigating violations of the Controlled Substances Act, including investigating drug-trafficking organizations and their means and methods of communicating, purchasing, transporting, storing, and distributing controlled substances. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, I am empowered by law to conduct investigations of, and to make arrests for, federal offenses as enumerated in Titles 18 and 21 of the United States Code. Among other duties, I am participating in investigations involving narcotics trafficking and the distribution of controlled substances within the United States.

3. This Affidavit is submitted in support of a criminal complaint charging Diego Miguel Loaiza ("**LOAIZA**"), a/k/a "Osso," with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, 841(a)(1).

4. As explained below, there is probable cause to believe that, on or about June 1, 2023, in Miami-Dade County, in the Southern District of Florida, **LOAIZA** knowingly and

intentionally possessed with the intent to distribute methamphetamine, a Schedule II controlled substance.

5. The information set forth in this Affidavit comes from my personal observations and training and experience, as well as from other law enforcement personnel and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

6. The investigation described herein was conducted jointly by the MDPD, DEA, and Federal Bureau of Investigation, collectively referred to as, "Law Enforcement." This Affidavit seeks approval to authorize any of the aforementioned agencies, that is, Law Enforcement, to execute the arrest warrant premised upon the instant Affidavit.

## FACTUAL BACKGROUND

**LOAIZA's Possession of Methamphetamine with Intent to Distribute on June 1, 2023**

7. On or about June 1, 2023, law enforcement arrested **LOAIZA** at his home located at 14514 SW 161st Court, Miami, Florida (the "Residence") pursuant to the arrest warrant issued in connection with his indictment in 23-20207-CR-ALTONAGA. Contemporaneously, law enforcement executed search warrants on **LOAIZA**'s person and the Residence. See 23-mj-02979-AOR and 23-mj-02977-AOR.

8. In the room where **LOAIZA** was discovered, law enforcement found approximately 43 grams of suspected methamphetamine underneath the box spring of his bed. Based on my training and experience as a narcotics detective and Task Force Officer with the DEA, I know that this amount of methamphetamine exceeds what would typically be possessed for personal use by a methamphetamine user and, instead, is an amount that would typically be sold for profit by a methamphetamine distributor.

9. Law enforcement also located small bags in the room, which I know based upon my training and experience, to be used to package narcotics for sale.

10. Lastly, the room also contained male clothing and **LOAIZA**'s wallet with credit cards in his name.

11. Law enforcement performed a field test on the suspected methamphetamine, which confirmed that it was in fact methamphetamine, a schedule II controlled substance.

## CONCLUSION

12. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging **LOAIZA** with possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
ALAIN RODRIGUEZ
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this ___1___ day of May 2023.
                                                June

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3